UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINE CLARK<br><br>Defendant. | No.  2:20-po-00184-CKD<br><br><br><br>REFUND ORDER |

On 9/19/2020, the defendant paid a total amount of $150 on Citation No. 9164129.  On 10/15/2020, the court reset collateral to $100.00.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $50 due to overpayment.

IT IS SO ORDERED.

Dated:  October 16, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1